# Claims Proposed Distribution

## Case: 09-02615 Herlan, Patricia Joan

**Case Balance:** $5,839.37  **Total Proposed Payment:** $5,839.37  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6 | Grant County Bank | Secured | 129,896.89 | 0.00 | 0.00 | 0.00 | 0.00 | 5,839.37 |
| 7 | Grant County Bank | Secured | 26,443.68 | 0.00 | 0.00 | 0.00 | 0.00 | 5,839.37 |
| 18 | One West Bank, FSB | Secured | 1,084,097.44 | 0.00 | 0.00 | 0.00 | 0.00 | 5,839.37 |
|  | Thomas H. Fluharty, Trustee <2200-00 Trustee Expenses> | Admin Ch. 7 | 134.84 | 134.84 | 134.84 | 0.00 | 0.00 | 5,839.37 |
|  | Thomas H. Fluharty, Trustee <2100-00 Trustee Compensation> | Admin Ch. 7 | 20,752.50 | 20,752.50 | 20,752.50 | 0.00 | 0.00 | 5,839.37 |
|  | United States Trustee <2950-00 U.S. Trustee Quarterly Fees> | Admin Ch. 7 | 650.00 | 650.00 | 650.00 | 0.00 | 0.00 | 5,839.37 |
| 13A | IRS | Priority | 2,944.04 | 2,944.04 | 2,944.04 | 0.00 | 0.00 | 5,839.37 |
| 25 | State Tax Dept | Priority | 96,492.70 | 0.00 | 0.00 | 0.00 | 0.00 | 5,839.37 |
| 31 | Dept of Justice | Priority | 5,839.37 | 0.00 | 0.00 | 0.00 | 0.00 | 5,839.37 |
| 47 | Internal Revenue Service | Priority | 3,300.68 | 0.00 | 0.00 | 0.00 | 0.00 | 5,839.37 |
| 29A | WV Dept Tax & Revenue | Priority | 94,919.60 | 94,919.60 | 94,919.60 | 0.00 | 0.00 | 5,839.37 |
| 24 | Sheriff of Tucker County | Priority | 86,686.73 | 86,686.73 | 86,686.73 | 0.00 | 0.00 | 5,839.37 |
| 1 | Discover Bank | Unsecured | 8,441.35 | 8,441.35 | 1,655.77 | 6,785.58 | 70.47 | 5,768.90 |
| 2 | Chase Bank USA, N.A. | Unsecured | 9,289.92 | 9,289.92 | 1,822.21 | 7,467.71 | 77.56 | 5,691.34 |
| 3 | Chase Bank USA, N.A. | Unsecured | 9,480.22 | 9,480.22 | 1,859.54 | 7,620.68 | 79.15 | 5,612.19 |
| 4 | Chase Bank USA, N.A. | Unsecured | 14,081.14 | 14,081.14 | 2,762.01 | 11,319.13 | 117.56 | 5,494.63 |
| 5 | American Express Bank FSB | Unsecured | 29,744.28 | 29,744.28 | 5,834.33 | 23,909.95 | 248.33 | 5,246.30 |
| 8 | American Express Centurion Bank | Unsecured | 2,886.19 | 2,886.19 | 566.13 | 2,320.06 | 24.09 | 5,222.21 |
| 9 | American Express Centurion Bank | Unsecured | 24,418.62 | 24,418.62 | 4,789.70 | 19,628.92 | 203.87 | 5,018.34 |
| 10 | American Express Centurion Bank | Unsecured | 2,365.12 | 2,365.12 | 463.95 | 1,901.17 | 19.71 | 4,998.63 |
| 11 | American Express Centurion Bank | Unsecured | 3,590.51 | 3,590.51 | 704.28 | 2,886.23 | 29.97 | 4,968.66 |
| 12 | Dell Financial Services, LLC. | Unsecured | 1,126.25 | 1,126.25 | 220.91 | 905.34 | 9.41 | 4,959.25 |
| 13 | IRS | Unsecured | 171.79 | 171.79 | 29.19 | 142.60 | 5.94 | 4,953.31 |
| 14 | PYOD, LLC | Unsecured | 5,286.65 | 5,286.65 | 1,036.97 | 4,249.68 | 44.14 | 4,909.17 |
| 15 | PYOD, LLC. | Unsecured | 9,582.85 | 9,582.85 | 1,879.67 | 7,703.18 | 80.01 | 4,829.16 |
| 16 | PYOD, LLC | Unsecured | 5,986.43 | 5,986.43 | 1,174.24 | 4,812.19 | 49.98 | 4,779.18 |
| 17 | PYOD, LLC | Unsecured | 1,188.54 | 1,188.54 | 233.13 | 955.41 | 9.92 | 4,769.26 |
| 19 | Recovery Management Systems Corp. | Unsecured | 335.31 | 335.31 | 65.77 | 269.54 | (2.80) | 4,766.46 |
| 20 | Recovery Managment Systems Corp | Unsecured | 4,004.24 | 4,004.24 | 785.43 | 3,218.81 | 33.43 | 4,733.03 |

# Claims Proposed Distribution
## Case: 09-02615   Herlan, Patricia Joan

| Case Balance: | $5,839.37 | Total Proposed Payment: | $5,839.37 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 21 | McNeer Highland McMunn & Varner, LC | Unsecured | 11,397.63 | 0.00 | 0.00 | 0.00 | 0.00 | 4,733.03 |
| 23 | PYOD, LLC | Unsecured | 3,088.46 | 3,088.46 | 605.80 | 2,482.66 | 25.79 | 4,707.24 |
| 26 | FIA Card Services, NA/Bank of America | Unsecured | 35,916.53 | 35,916.53 | 7,045.01 | 28,871.52 | 299.86 | 4,407.38 |
| 27 | FIA Card Services, NA/Bank of America | Unsecured | 29,578.01 | 29,578.01 | 5,801.72 | 23,776.29 | 246.94 | 4,160.44 |
| 28 | FIA Card Services, NA/ Bank of America | Unsecured | 10,439.62 | 10,439.62 | 2,047.73 | 8,391.89 | 87.16 | 4,073.28 |
| 29 | WV Dept Tax & Revenue | Unsecured | 1,528.52 | 1,528.52 | 299.82 | 1,228.70 | 12.76 | 4,060.52 |
| 30 | Direct Capital Equipment Lease | Unsecured | 96,513.20 | 0.00 | 0.00 | 0.00 | 0.00 | 4,060.52 |
| 32 | Citynet, LLC | Unsecured | 247.45 | 247.45 | 48.54 | 198.91 | BK Ct (2.06) | 4,058.46 |
| 33 | Timberline Four Seasons Resort, Inc. | Unsecured | 383,961.00 | 383,961.00 | 75,313.80 | 308,647.20 | 3,205.61 | 852.85 |
| 34 | Credisolve | Unsecured | 27,223.90 | 27,223.90 | 5,339.96 | 21,883.94 | 227.28 | 625.57 |
| 35 | PNC Equipment Finance | Unsecured | 74,926.08 | 74,926.08 | 14,696.69 | 60,229.39 | 625.57 | 0.00 |
| 47A | Internal Revenue Service | Unsecured | 95.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 36 | Mike Mullens & Associates | Unsecured | 299.00 | 299.00 | 0.00 | 299.00 | 0.00 | 0.00 |
| 37 | Cindy Hesterberg | Unsecured | 250.00 | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 |
| 38 | Russell Gatts | Unsecured | 300.00 | 300.00 | 0.00 | 300.00 | 0.00 | 0.00 |
| 39 | Dana Lewis | Unsecured | 600.00 | 600.00 | 0.00 | 600.00 | 0.00 | 0.00 |
| 40 | Matthew S. Hardison | Unsecured | 500.00 | 500.00 | 0.00 | 500.00 | 0.00 | 0.00 |
| 41 | Julie Ennis | Unsecured | 150.00 | 150.00 | 0.00 | 150.00 | 0.00 | 0.00 |
| 42 | Lauren Smith | Unsecured | 300.00 | 300.00 | 0.00 | 300.00 | 0.00 | 0.00 |
| 43 | George Hack | Unsecured | 100.00 | 100.00 | 0.00 | 100.00 | 0.00 | 0.00 |
| 44 | Larry Williams | Unsecured | 812.50 | 812.50 | 0.00 | 812.50 | 0.00 | 0.00 |
| 45 | Joseph Depenhart | Unsecured | 500.00 | 500.00 | 0.00 | 500.00 | 0.00 | 0.00 |
| 46 | Robert J. Priest | Unsecured | 1,195.00 | 1,195.00 | 0.00 | 1,195.00 | 0.00 | 0.00 |

# Claims Proposed Distribution

## Case: 09-02615  Herlan, Patricia Joan

| Case Balance: | $5,839.37 | Total Proposed Payment: | $5,839.37 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 09-02615 : | | $2,364,060.22 | $909,983.19 | $343,170.01 | $566,813.18 | $5,839.37 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $21,537.34 | $21,537.34 | $21,537.34 | $0.00 | 100.000000% |
| Total Priority Claims : | $290,183.12 | $184,550.37 | $184,550.37 | $0.00 | 100.000000% |
| Total Secured Claims : | $1,240,438.01 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $811,901.75 | $703,895.48 | $137,082.30 | $5,839.37 | 20.304388% |